

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of N.M.R. and E.A.R., Children

No. 06-22-00085-CV

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 2008-650). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 27, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk